# **EXHIBIT C**

The Next Generation of CoQ10

# DuoQuinol™

## DuoQuinol™ is designed for superior CoQ10 absorption.*

DuoQuinol™, a patent-pending form of ubiquinol, is formulated to help maximize the bioaccessibility of ubiquinol, the active antioxidant form of coenzyme Q10 (CoQ10).* Our CoQnol™ products feature DuoQuinol™.

†Based on a lab test from the following digestion model: McClements DJ, Li Y. Review of in vitro digestion models for rapid screening of emulsion-based systems. Food Funct. 2010;1(1):32-59. doi:10.1039/c0fo00111b.



**18.5% Higher Bioaccessibility**†

2.00 — 1.73
1.46
DuoQuinol™ in CoQnol™ | Competitor ubiquinol

## The groundbreaking formulation of DuoQuinol.™

**Ingredient innovation**
DuoQuinol™ is ubiquinol derived from ubiquinone through a novel patented process involving geranylgeraniol (GG) and ascorbyl palmitate. GG is derived from annatto seeds.




**Dual-CoQ10 boost\***
DuoQuinol™ supplies ubiquinol directly. It also provides geranylgeraniol (as GG-Gold™), a CoQ10 building block, which may help stimulate ubiquinol production naturally in the body's cells.*

**Unprecedented absorption technology\***
The proprietary blend of CoQnol™ includes DuoQuinol™, GG, ascorbyl palmitate, and quillaja extract, which creates a stable solution that prevents crystallization and promotes bioavailability of ubiquinol.*

## Choose CoQnol™, powered by DuoQuinol™, for impactful results.*

   

Cardiovascular Support* | Cellular Energy Support* | Antioxidant Support* | Mitochondrial Support*

## Designs for Health CoQnol™ Products
Supporting extracellular and intracellular delivery of ubiquinol.*



**CoQnol™ 100**
A superior, reformulated version of our previous 100 mg CoQnol™. It provides 100 mg ubiquinol (as DuoQuinol™) and 60 mg geranylgeraniol (as GG-Gold™) per capsule to promote greater bioavailability than ubiquinol by itself.*

BUY NOW

**CoQnol™ 200**
A higher dose version of our reformulated CoQnol™. It provides 200 mg ubiquinol (as DuoQuinol™) and 125 mg geranylgeraniol (as GG-Gold™) per capsule. Ideal for those desiring more support, such as for healthy aging or cardiovascular health.*

BUY NOW



# Webinar
## Learn more about DuoQuinol™



WATCH REPLAY HERE

Join Barrie Tan, Ph.D., researcher and pioneer in biochemistry, as he unveils a paradigm shift in the way we view CoQ10 and cellular energetics with his presentation, "A Revolution in CoQ10: Advancing Energetics through Cellular Metabolite Optimization."



DOWNLOAD WHITE PAPER

Download our FREE white paper that details the science of Duoquinol™ and this revolution in CoQ10 delivery

GG-Gold™ and DuoQuinol™ are trademarks of American River Nutrition, LLC and protected by U.S. Patents 6,350,453; 7,989,006, and other patents pending. Used with permission.

*These statements have not been evaluated by the Food and Drug Administration. These products are not intended to diagnose, treat, cure, or prevent any disease.

designs for health®

COMPANY
CAREERS
INTERNATIONAL MARKETS

HELP
CONTACT US
Have a question?
(860) 623-6314

RESOURCES
ORDER FORM
PARTNER CENTER LOGIN

Privacy Notice • Terms of Service • Proposition 65 Warning

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

©2020 Designs for Health. All rights reserved.