# **EXHIBIT D**

< Analysis Report 1 >   < Attachment 4 >

# Kaneka

KANEKA CORPORATION
2-3-18, Nakanoshima, Kita-ku, Osaka 530-8288, JAPAN
Tel: +81-6-6226-5403   Fax: +81-6-6226-5059

December 25, 2020

## Analysis report of Designs for health QH soft capsule

### Abbreviation
QH : Ubiquinol-10   CoQ10 : Ubiquinone-10
RQ9 : Ubiquinol-9   RQ11 : Ubiquinol-11

### Analysis sample
Designs for health QH soft capsule
Product name    : CoQNOL™ 200
Manufacturer    : Designs for health
Lot Number      : L02148
QH content      : 200 mg/capsule (labelled content)

### Analytical items
1. QH content, CoQ10 content, QH ratio (HPLC)
   QH Reverse phase HPLC analysis was performed at the laboratory of Pharma & Supplemental Nutrition SV Quality Management team to check the general quality of the Designs for health QH soft capsule.

2. RQ9, RQ11 content (LC-MS/MS)
   LC-MS/MS analysis was performed at Kaneka Techno Research Corporation to determine the RQ9 content and RQ11 content in the Designs for health QH soft capsule.

3. 13C stable isotope ratio analysis
   13C stable isotope ratio analysis was performed at Kaneka Techno Research Corporation to identify the origin of QH used for the Designs for health QH soft capsule. The 13C stable isotope ratio is different depending on the carbon source of the target substances.

### Results
#### 1. QH content, CoQ10 content, and QH ratio (HPLC)
The results of the quantitative analysis are shown in Table 1.

Table 1 Results of the quantitative analysis

|      | QH content (mg/capsule) | CoQ10 content (mg/capsule) | QH + CoQ10 (mg/capsule) | QH ratio (%) |
|------|-------------------------|----------------------------|-------------------------|--------------|
| 1    | 225.98                  | 0.65                       | 226.63                  | 99.7         |
| 2    | 221.81                  | 0.70                       | 222.51                  | 99.7         |
| 3    | 219.05                  | 0.74                       | 219.80                  | 99.7         |
| Mean | 222.3                   | 0.7                        | 223.0                   | 99.7         |
| SD   | 3.49                    | 0.05                       | 3.44                    | 0.03         |
| %RSD | 1.57                    | 6.93                       | 1.54                    | 0.03         |

QH ratio (%) = QH content / (QH content + CoQ10 content) x 100

**Kaneka** KANEKA CORPORATION
2-3-18, Nakanoshima, Kita-ku, Osaka 530-8288, JAPAN
Tel: +81-6-6226-5403   Fax: +81-6-6226-5059

## 2. RQ9 content and RQ11 content (LC-MS/MS)

The RQ9 content and RQ11 content of the Designs for health QH soft capsule were quantified by LC-MS/MS analysis, and the analysis results are shown in Table 2. The analysis result showed both of components were contained in the capsule product.

Table 2 RQ9 content and RQ11 content of the Designs for health QH soft capsule.

| Product name | RQ9 content (µg/capsule) | RQ11 content[a] (µg/capsule) |
|---|---|---|
| Designs for health QH soft capsule | 490 | 88 |

(a) RQ11 content was calculated by using the calibration curve of RQ9

## 3. 13C stable isotope ratio analysis

The 13C stable isotope ratio analysis results are shown in Table 3, and the 13C stable isotope ratio distribution map including the result of the Designs for health QH soft capsule is shown in Figure 1.

The analytical data showed that the C13 value in the analytical sample would be very close to Ubidecarenone Kaneka. Considering the C13 values of China CoQ10s, Kaneka CoQ10 would be used for production of the Design for health QH product. Because only Kaneka CoQ10 and China CoQ10s are available in the market.

Table 3 Results of 13C stable isotope ratio analysis

| Product name | $\delta^{13}$C-VPDB(‰) |
|---|---|
| Designs for health QH soft capsule | -8.04 |
| UBIDECARENONE KANEKA (Lot. FA01-4246) | -8.70 |

KANEKA CORPORATION
2-3-18, Nakanoshima, Kita-ku, Osaka 530-8288, JAPAN
Tel: +81-6-6226-5403   Fax: +81-6-6226-5059



Figure 1 13C stable ratio distribution map

# kaneka

January 6, 2021

Research & Scientific Affairs Team
Supplement Business Division
Pharma & Supplemental Nutrition SV

## ANALYSIS REPORT 2

| Product name | : CoQNOL200 (Designs for Health) |
|---|---|
| Lot No. | : 02148 |

1. Appearance

 

2. X - ray diffraction of CoQNOL200 capsule contents (paste)



3. Isolation of crystal from CoQNOL200 capsule



Capsule contents (paste)
↓
Disperse in water by sonication
↓
Centrifugation
↓
Precipitate
↓
Wash precipitate by water
↓
Precipitate
    a) Microscopic observation
    b) HPLC analysis
    c) X - ray diffraction
    d) Leave at air atmosphere for 20days

## 3-1. Results

a) Microscopic observation



b) HPLC analysis

| Ubiquinol content (w/w%) | Ubiquinone content (w/w%) | Ubiquinol ratio* (%) |
|---|---|---|
| 81.8 | 0.6 | 99.3 |

* Ubiquinol ratio(%) = Ubiquinol content / (Ubiquinol + Ubiquinone content) X 100

c) X - ray diffraction



Ubiquinol crystal

Precipitate

d) Microscopic observation of precipitate (air atmosphere)



## 4. Microscopic observation of CoQNOL200 capsule contents (paste)


Capsule contents disperse in MCT


Capsule contents disperse in MCT satulated with ubiquinol

### 4-1. Isolation of crystal from CoQNOL200 capsule

Capsule contents (paste)
↓
Disperse in MCT saturated with ubiquinol
↓
Centrifugation
↓
Precipitate



X - ray diffraction

# Kaneka

January 25, 2021

Research & Scientific Affairs Team
Supplement Business Division
Pharma & Supplemental Nutrition SV

## ANALYSIS REPORT-3

| Product name | : CoQNOL200 (Designs for Health) |
|---|---|
| Lot No. | : 02148 |

1. Appearance




2. Isolation of crystal from CoQNOL200 capsule

Capsule contents (paste)
↓
Disperse in water by sonication
↓
Centrifugation
↓
Precipitate
↓
Wash precipitate by water
↓
Precipitate
(Leave at air atmosphere for 7 days)

Appearance photo



0 days                                   7 days