# EXHIBIT E

| Claim 1 of U.S. Patent No. 7,145,044 | Accused Process |
|---|---|
| A method of crystallizing reduced coenzyme $Q_{10}$ | Exhibit C states that DuoQuinol/CoQnol is a form of Ubiquinol and produced through a method involving the use of geranygeraniol and ascorbyl palmitate. Uniquinol is another name for reduced coenzyme Q10. |
| which comprises crystallizing the reduced coenzyme Q10 using as a solvent at least one species selected from the group consisting of hydrocarbons, fatty acid esters, ethers or nitriles. | Exhibit D, Reports 2 and 3 show that the CoQnol product containing reduced Q10 is crystallized.<br><br>The label on a bottle of CoQnol states that the product contains Medium Chain Triglycerides (MCT), MCT oil is a fatty acid ester and a solvent. |

| Claim 13 of U.S. Patent No. 7,145,044 | Accused Process |
|---|---|
| A reduced coenzyme $Q_{10}$ crystal. | Exhibit C states that DuoQuinol/CoQnol is a form of Ubiquinol. Ubiquinol is another name for reduced coenzyme Q10. |
| with a reduced coenzyme Q10 / oxidized Q10 weight ratio of not lower than 96/4. | Exhibit D, Reports 2 and 3 show that the CoQnol product containing reduced Q10 is crystallized.<br><br>Exhibit D, Report 1, Table 1 shows that the reduced Q10 weight ratio was 99.7 in the CoQnol capsule. |

| **Claim 1 of U.S. Patent No. 7,829,080** | **Accused Product** |
|---|---|
| A method for stabilizing reduced coenzyme $Q_{10}$, which method comprises | Exhibit C states that DuoQuinol/CoQnol is a form of Ubiquinol and produced through a method involving the use of geranygeraniol and ascorbyl palmitate. Any production of reduced coenzyme Q10 (Ubiquinol) must be stabilized to protect the reduced Q10 from oxidation. |
| preparing a reduced coenzyme $Q_{10}$-containing composition comprising reduced coenzyme $Q_{10}$ and one or both of (a) and (b):<br><br>(a) not less than 1.5 wt % to not more than 99 wt % of reduced coenzyme $Q_9$ relative to reduced coenzyme $Q_{10}$, and<br><br>(b) reduced coenzyme $Q_{11}$, | Exhibit D, Report 1, Table 2 shows that the CoQnol product contains 88 ug of reduced Q11. |

| | |
|---|---|
| wherein not less than 0.01 wt % of reduced coenzyme $Q_{10}$ is contained in the composition, and | Exhibit D, Report 1, Table 1 shows that the amount of reduced coenzyme Q10 in the CoQnol capsule is 222.3 mg where the combination composition of Q10 and reduced Q10 was 223 mg. |
| wherein the proportion of reduced coenzyme $Q_{10}$ relative to the total amount of coenzyme $Q_{10}$ is not less than 90 wt %, thereby stabilizing reduced coenzyme $Q_{10}$. | Exhibit D, Report 1, Table 1 shows that the amount of reduced coenzyme Q10 in the CoQnol capsule is 99.7 %. |

| Claim 5 of U.S. Patent No. 7,829,080 | Accused Product |
|---|---|
| A reduced coenzyme $Q_{10}$-containing composition comprising reduced coenzyme $Q_{10}$ and one or both of (a) and (b):<br><br>a) not less than 1.5 wt % to not more than 99 wt % of reduced coenzyme $Q_9$ relative to reduced coenzyme $Q_{10}$, and<br><br>(b) reduced coenzyme $Q_{11}$ | Exhibit C states that DuoQuinol/CoQnol is a form of Ubiquinol which is another name for reduced coenzyme Q10.<br><br>Exhibit D, Report 1, Table 2 shows that the CoQnol product contains 88 ug of reduced Q11. |
| wherein not less than 0.01 wt % of reduced coenzyme $Q_{10}$ is contained in the composition, and | Exhibit D, Report 1, Table 1 shows that the amount of reduced coenzyme Q10 in the CoQnol capsule is 222.3 mg where the combination composition of Q10 and reduced Q10 was 223 mg. |
| wherein the proportion of reduced coenzyme $Q_{10}$ relative to the total amount of coenzyme $Q_{10}$ is not less than 90 wt %. | Exhibit D, Report 1, Table 1 shows that the amount of reduced coenzyme Q10 in the CoQnol capsule is 99.7 %. |

| Claim 15 of U.S. Patent No. 7,829,080 | Accused Product |
|---|---|
| A method for producing a reduced coenzyme $Q_{10}$-containing composition, which method comprises | Exhibit C states that DuoQuinol/CoQnol is a form of Ubiquinol (reduced coenzyme Q10) and produced through a method involving the use of geranygeraniol and ascorbyl palmitate. |
| providing a composition comprising oxidized coenzyme $Q_{10}$ with one or both of oxidized coenzyme $Q_9$ and oxidized coenzyme $Q_{11}$, | Exhibit D, Report 1, Table 1 shows that the CoQnol product includes oxidized Q10 and Table 2 shows that the CoQnol product includes Q11. |
| and then reducing oxidized coenzyme $Q_{10}$ and reducing one or both of oxidized coenzyme $Q_9$ and oxidized coenzyme $Q_{11}$ to prepare the reduced coenzyme $Q_{10}$-containing composition, | The accused method reduces oxidized coenzyme $Q_{10}$, to produce reduced coenzyme Q10 and, during that reaction, the coenzyme Q11 is also reduced. |
| wherein the composition comprises reduced coenzyme $Q_{10}$ and one or both of (a) not less than 1.5 wt % to not more than 99 wt % of reduced coenzyme $Q_9$ relative to reduced coenzyme $Q_{10}$ and (b) reduced coenzyme $Q_{11}$, | Exhibit D, Report 1, Table 2 shows that the CoQnol product contains 88 ug of Q11. |
| wherein not less than 0.01 wt % of reduced coenzyme $Q_{10}$ is contained in the composition, and | Exhibit D, Report 1, Table 1 shows that the amount of reduced coenzyme Q10 in the CoQnol capsule is 222.3 mg where the combination composition of Q10 and reduced Q10 was 223 mg. |

Exhibit E, Page 6

| | |
|---|---|
| wherein the proportion of reduced coenzyme $Q_{10}$ relative to the total amount of coenzyme $Q_{10}$ is not less than 90 wt %. | Exhibit D, Report 1, Table 1 shows that the amount of reduced coenzyme Q10 in the CoQnol capsule is 99.7 %. |