# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KANEKA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DESIGNS FOR HEALTH, INC., and<br>AMERICAN RIVER NUTRITION LLC,<br><br>　　　　Defendants. | )<br>)<br>)　C.A. No. 21-209-RGA<br>)<br>)　**JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Kaneka Corporation and Defendants Designs for Health, Inc. and American River Nutrition LLC, subject to the approval of the Court, that Defendants' time to answer, move or otherwise respond to the Complaint in this action shall be extended to April 19, 2021.

| | |
|---|---|
| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
| By: */s/ Ronald P. Golden III*<br>　　Stephen B. Brauerman (#4952)<br>　　Ronald P. Golden III (#6254)<br>　　600 N. King Street, Suite 400<br>　　Wilmington, DE 19899<br>　　Tel: (302) 655-5000<br>　　sbrauerman@bayardlaw.com<br>　　rgolden@bayardlaw.com<br><br>*Attorneys for Plaintiff Kaneka Corporation*<br><br>Dated: March 15, 2021 | By: */s/ David E. Moore*<br>　　David E. Moore (#3983)<br>　　Stephanie E. O'Byrne (#4446)<br>　　Joseph D. Farris (#6657)<br>　　Hercules Plaza, 6th Floor<br>　　1313 N. Market Street<br>　　Wilmington, DE 19801<br>　　Tel: (302) 984-6000<br>　　dmoore@potteranderson.com<br>　　sobyrne@potteranderson.com<br>　　jfarris@potteranderson.com<br><br>*Attorneys for Defendants Designs for Health,*<br>*Inc. and American River Nutrition LLC* |

　　　　IT IS SO ORDERED, this _____ day of March 2021.

　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　U.S.D.J.

7124734 / 51050