IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| KANEKA CORPORATION,<br>A Japanese Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DESIGNS FOR HEALTH, INC.,<br>A Delaware Corporation and AMERICAN RIVER NUTRITION LLC, A Delaware Limited Liability Company,<br><br>Defendants. | C.A. No. 21-209-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on May 26, 2021, a copy of **(1) Kaneka Corporation's Initial Disclosures** and **(2) this Notice of Service** were served on the following counsel of record via email.

> David Ellis Moore
> Stephanie E. O'Byrne
> Alan R. Silverstein
> Joseph D. Farris
> Potter Anderson & Corroon, LLP
> 1313 N. Market St., Hercules Plaza, 6th Flr.
> P.O. Box 951
> Wilmington, DE 19899-0951

1

        Kevin M. Bell
        Richard J. Oparil
        Scott A.M. Chambers, Ph.D.
        B. Dell Chism
        Caroline C. Maxwell
        ARNALL GOLDEN GREGORY LLP
        1775 Pennsylvania Avenue NW, Suite 1000
        Washington, DC 20006

        Andrew C. Stevens
        ARNALL GOLDEN GREGORY LLP
        171 17th Street NW Suite 2100
        Atlanta, GA 30363

Date: May 26, 2021

        BAYARD, P.A.

        */s/ Ronald P. Golden III*

CARTER LEDYARD & MILBURN LLP

Keith D. Nowak
William F. Sondericker
Gerald W. Griffin
Theodore Y. McDonough
Two Wall Street
New York, New York 10005
(212) 732-3200
sondericker@clm.com
nowak@clm.com
griffin@clm.com
mcdonough@clm.com

        Stephen B. Brauerman (#4952)
        Ronald P. Golden III (#6254)
        600 N. King Street, Suite 400
        Wilmington, DE 19801
        Phone: (302) 655-5000
        sbrauerman@bayardlaw.com
        rgolden@bayardlaw.com

        *Attorneys for Plaintiff Kaneka Corporation*