**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KANEKA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-209-RGA |
| | ) |
| DESIGNS FOR HEALTH, INC., and | ) |
| AMERICAN RIVER NUTRITION LLC, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] O R D E R**

At Wilmington this this _____ day of September 2021, the Court having considered Defendants; Unopposed Motion for Leave to File a Second Amended Answer and Counterclaim and having concluded that good grounds exist for the requested relief;

IT IS HEREBY ORDERED that:

1. Defendants' motion is GRANTED.

2. The Second Amended Answer and Counterclaim attached to Defendants' Unopposed Motion as Exhibit A shall be considered entered as of the date of this Order

_____
The Honorable Richard G. Andrews