**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KANEKA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 21-209-RGA |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| DESIGNS FOR HEALTH, INC., and | ) |
| AMERICAN RIVER NUTRITION LLC, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION**

WHEREAS, the parties having met and conferred to prepare a Joint Claim Construction Chart for filing with the Court by no later than December 13, 2021, pursuant to Paragraph 8 of this Court's Scheduling Order (D.I. 19);

WHEREAS, the parties subsequently reached agreement on a proposed claim construction with respect to U.S. Patent Nos. 7,145,044 (the "'044 Patent") and 7,829,080 (the "'080 Patent");

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Kaneka Corporation and Defendants Designs for Health, Inc. and American River Nutrition LLC, subject to the approval of the Court, that the following terms shall be given their plain and ordinary meaning as understood by a person of skill in the art:

**'044 Patent**

| Claim Term | Stipulated Construction |
|---|---|
| "crystallizing" | No construction necessary, or plain and ordinary meaning, *i.e.,*<br><br>"To form or cause to form something into crystals." |

1

| | |
|---|---|
| "reduced coenzyme Q10" | No construction necessary, or plain and ordinary meaning, *i.e.*,<br><br>"The compound named 2-(2E,6E,10E,14E,18E,22E,26E,30E,34E)-3,7,11,15,19,23,27,31,35,39-decamethyltetraconta-2,6,10,14,18,22,26,30,34,38-decaenyl]-5,6-dimethoxy-3-methyl-benzene-1,4-diol, represented by the molecular formula $C_{59}H_{92}O_4$ and having the chemical structure:<br><br> " |
| "hydrocarbons" | No construction necessary, or plain and ordinary meaning, *i.e.*,<br><br>"A chemical compound whose basic skeleton consists only of carbon and hydrogen, or of carbon and halogen (i.e., halogenated hydrocarbons)." *See, e.g.*, Col. 3, ln. 25. |
| "fatty acid esters" | No construction necessary, or plain and ordinary meaning, *i.e.*,<br><br>"A type of ester that results from the combination of a fatty acid with an alcohol. When the alcohol component is glycerol, the fatty acid esters produced can be monoglycerides, diglycerides, or triglycerides." |
| ester | No construction necessary, or plain and ordinary meaning, *i.e.*,<br><br>"A chemical compound derived from an acid (organic or inorganic) in which at least one –OH hydroxyl group is replaced by an –O–alkyl (alkoxy) group, as in the substitution reaction of a carboxylic acid and an alcohol." |
| "ethers" | No construction necessary, or plain and ordinary meaning, *i.e.*, |

2

| | |
|---|---|
| | "A chemical compound that contains an ether group—an oxygen atom connected to two alkyl or aryl groups." |
| "nitriles" | No construction necessary, or plain and ordinary meaning, *i.e.*, "A chemical compound that contains a nitrile group." |
| "crystal" | No construction necessary, or plain and ordinary meaning, *i.e.*, "A solid in which atoms, molecules, or ions have a three dimensional periodic arrangement with long range order." |
| "oxidized coenzyme Q10" | No construction necessary, or plain and ordinary meaning, *i.e.*, "The compound named 2-[(2E,6E,10E,14E,18E,22E,26E,30E,34E)-3,7,11,15,19,23,27,31,35,39-decamethyltetraconta-2,6,10,14,18,22,26,30,34,38-decaenyl]-5,6-dimethoxy-3-methylcyclohexa-2,5-diene-1,4-dione, represented by the molecular formula $C_{59}H_{90}O_4$, having the chemical structure ." |
| "not lower than 96/4" | No construction necessary, or plain and ordinary meaning, *i.e.*, "The percentage of reduced coenzyme Q10 by weight / (reduced coenzyme Q10 weight + oxidized coenzyme Q10 weight) is not lower than 96%." |

### B.   '080 Patent

| Claim Term | Stipulated Construction |
|---|---|
| "stabilizing" | No construction necessary, or |

| | "To prevent or reduce the rate of a compounds decomposition and/or conversion to other compounds." |
|---|---|
| "reduced coenzyme Q10" | No construction necessary, or plain and ordinary meaning, i.e., <br><br> "The compound named 2-(2E,6E,10E,14E,18E,22E,26E,30E,34E)-3,7,11,15,19,23,27,31,35,39-decamethyltetraconta-2,6,10,14,18,22,26,30,34,38-decaenyl]-5,6-dimethoxy-3-methyl-benzene-1,4-diol, represented by the molecular formula $C_{59}H_{92}O_4$ and having the chemical structure: <br><br> ." |
| "reduced coenzyme Q9" | No construction necessary, or plain and ordinary meaning, *i.e.*, <br><br> "The compound named 2,3-dimethoxy-5-methyl-6-[(2E,6E,10E,14E,18E,22E,26E,30E)-3,7,11,15,19,23,27,31,35-nonamethylhexatriaconta-2,6,10,14,18,22,26,30,34-nonaenyl]benzene-1,4-diol, represented by the molecular formula $C_{54}H_{84}O_4$." |
| "reduced coenzyme Q11" | No construction necessary, or plain and ordinary meaning, *i.e.*, <br><br> "The compound named 2,3-dimethoxy-5-methyl-6-[(2E,6E,10E,14E,18E,22E,26E,30E,34E,38E)-3,7,11,15,19,23,27,31,35,39,43-undecamethyltetratetraconta-2,6,10,14,18,22,26,30,34,38,42-undecaenyl]benzene-1,4-diol, represented by the molecular formula $C_{64}H_{100}O_4$." |

4

| | |
|---|---|
| "total amount of coenzyme Q10" | No construction necessary, or plain and ordinary meaning, *i.e.*,<br><br>"The sum of oxidized Coezyme Q10 and reduced Coenzyme Q10." |
| "oxidized coenzyme Q11" | No construction necessary, or plain and ordinary meaning, *i.e.*,<br><br>"The compound named 2,3-dimethoxy-5-methyl-6-[(2E,6E,10E,14E,18E,22E,26E,30E,34E,38E)-3,7,11,15,19,23,27,31,35,39,43-undecamethyltetratetraconta-2,6,10,14,18,22,26,30,34,38,42-undecaenyl]cyclohxa-2,5-diene-1,4-dione, represented by the molecular formula $C_{64}H_{98}O_4$." |
| "oxidized coenzyme Q10" | No construction necessary, or plain and ordinary meaning, *i.e.*,<br><br>"The compound named 2-[(2E,6E,10E,14E,18E,22E,26E,30E,34E)-3,7,11,15,19,23,27,31,35,39-decamethyltetraconta-2,6,10,14,18,22,26,30,34,38-decaenyl]-5,6-dimethoxy-3-methylcyclohexa-2,5-diene-1,4-dione, represented by the molecular formula $C_{59}H_{90}O_4$, having the chemical structure<br><br> ." |
| "oxidized coenzyme Q9" | No construction necessary, or plain and ordinary meaning, *i.e.*,<br><br>"The compound named 2,3-dimethoxy-5-methyl-6-[(2E,6E,10E,14E,18E,22E,26E,30E)-3,7,11,15,19,23,27,31,35-nonamethylhexatriaconta-2,6,10,14,18,22,26,30,34- |

5

| | |
|---|---|
| | nonaenyl]cyclohexa-2,5-diene-1,4-dione, represented by the molecular formula $C_{54}H_{82}O_4$." |
| "reducing" | No construction necessary, or plain and ordinary meaning, *i.e.*, <br><br> "Type of chemical reaction in which the oxidation states are decreased by receiving electrons from an electron donor." |
| "reduced coenzyme Q10-containing composition" | No construction necessary, or plain and ordinary meaning, *i.e.*, <br><br> "A composition which contains reduced coenzyme Q10." |

IT IS FURTHER STIPULATED AND AGREED by the parties that the parties' agreement on the proposed claim construction for these terms resolves all pending claim construction issues.

| | |
|---|---|
| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
| By:  */s/ Ronald P. Golden III* <br> Stephen B. Brauerman (#4952) <br> Ronald P. Golden III (#6254) <br> 600 N. King Street, Suite 400 <br> Wilmington, DE 19899 <br> Tel: (302) 655-5000 <br> sbrauerman@bayardlaw.com <br> rgolden@bayardlaw.com | By:  */s/ David E. Moore* <br> David E. Moore (#3983) <br> Stephanie E. O'Byrne (#4446) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE  19801 <br> Tel:  (302) 984-6000 <br> dmoore@potteranderson.com <br> sobyrne@potteranderson.com |
| *Attorneys for Plaintiff Kaneka Corporation* | *Attorneys for Defendants Designs for Health, Inc. and American River Nutrition LLC* |

Dated:  December 10, 2021

7

SO ORDERED, this _____ day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE