# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KANEKA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 21-209-RGA |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| DESIGNS FOR HEALTH, INC., and | ) |
| AMERICAN RIVER NUTRITION LLC, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Kaneka Corporation and Defendants Designs for Health, Inc. and American River Nutrition LLC, subject to the Court's approval, that the following deadlines set forth in the Case Scheduling Order (D.I. 19) are hereby amended, as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Document Production Completion | February 4, 2022 | March 22, 2022 |
| Disclosure of Experts – Non-Rebuttal Experts | April 15, 2022 | May 31, 2022 |
| Supplemental Disclosures | April 22, 2022 | June 7, 2022 |
| Fact Discovery Cut-Off | May 5, 2022 | June 21, 2022 |
| Opening Expert Reports | June 20, 2022 | July 22, 2022 |
| Disclosure of Experts – Rebuttal Experts | July 15, 2022 | August 9, 2022 |
| Rebuttal Expert Reports | August 1, 2022 | August 23, 2022 |
| Reply Expert Reports | August 31, 2022 | September 13, 2022 |
| Expert Discovery Cut-Off | October 5, 2022 | October 12, 2022 |

All other dates in the Scheduling Order remain unchanged.

| | |
|---|---|
| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
| By: */s/ Ronald P. Golden III*<br>Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19899<br>Tel: (302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com | By: */s/ David E. Moore*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com |
| *Attorneys for Plaintiff Kaneka Corporation* | *Attorneys for Defendants Designs for Health, Inc. and American River Nutrition LLC* |

Dated: January 28, 2022
10007672/50150

IT IS SO ORDERED, this _____ day of _____ 2022.

_____
The Honorable Richard G. Andrews
United States District Judge