IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KANEKA CORPORATION,<br>A Japanese Corporation,<br><br>     Plaintiff,<br><br>   v.<br><br>DESIGNS FOR HEALTH, INC.,<br>A Delaware Corporation and AMERICAN RIVER NUTRITION LLC, A Delaware Limited Liability Company,<br><br>     Defendants. | DEMAND FOR JURY TRIAL<br><br>C.A. No. 21-209-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on April 4, 2022, a copy of Plaintiff Kaneka Corporation's Objections and Responses to Defendants' Second Set of Interrogatories, Objections and Responses to Defendants' Second Set of Requests for Production, and this Notice of Service were served on the following counsel of record via email.

      David Ellis Moore
      Bindu Ann George Palapura
      Brandon Ryan Harper
      Potter Anderson & Corroon, LLP
      1313 N. Market St., Hercules Plaza, 6th Flr.
      P.O. Box 951
      Wilmington, DE 19899-0951

        Kevin M. Bell
Richard J. Oparil
Scott A.M. Chambers, Ph.D.
Caroline C. Maxwell
Matthew D. Zapadka
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Avenue NW, Suite 1000
Washington, DC 20006

Andrew C. Stevens
Erin N. Winn
ARNALL GOLDEN GREGORY LLP
171 17th Street NW Suite 2100
Atlanta, GA 30363

Date: April 4, 2022

BAYARD, P.A.

CARTER LEDYARD & MILBURN LLP

Keith D. Nowak
William F. Sondericker
Gerald W. Griffin
Theodore Y. McDonough
Two Wall Street
New York, New York 10005
(212) 732-3200
sondericker@clm.com
nowak@clm.com
griffin@clm.com
mcdonough@clm.com

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, DE 19801
Phone: (302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Plaintiff Kaneka Corporation*