**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KANEKA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 21-209-RGA |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| DESIGNS FOR HEALTH, INC., and | ) |
| AMERICAN RIVER NUTRITION LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that attorney Andrew C. Stevens of ARNALL GOLDEN GREGORY LLP, 171 17th Street NW, Suite 2100, Atlanta, GA 30363, hereby withdraws his appearance as counsel for Defendants Designs for Health, Inc. and American River Nutrition LLC ("Defendants"). All other attorneys involved in the case from ARNALL GOLDEN GREGORY LLP and Potter Anderson & Corroon LLP will continue to represent Defendants.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| Kevin M. Bell | By: */s/ Bindu A. Palapura* |
| Richard J. Oparil | David E. Moore (#3983) |
| Scott A.M. Chambers, Ph.D. | Bindu A. Palapura (#5370) |
| Caroline Maxwell | Brandon R. Harper (#6418) |
| Matthew D. Zapadka | Colin E. Emrich (#6793) |
| ARNALL GOLDEN GREGORY LLP | Hercules Plaza, 6th Floor |
| 1775 Pennsylvania Avenue NW, Suite 1000 | 1313 N. Market Street |
| Washington, DC 20006 | Wilmington, DE 19801 |
| Tel: (202) 677-4030 | Tel: (302) 984-6000 |
| | dmoore@potteranderson.com |
| Erin N. Winn | bpalapura@potteranderson.com |
| ARNALL GOLDEN GREGORY LLP | bharper@potteranderson.com |
| 171 17th Street NW, Suite 2100 | cemrich@potteranderson.com |
| Atlanta, GA 30363 | |
| Tel: (404) 873-8500 | *Attorneys for Defendants Designs for Health, Inc. and American River Nutrition LLC* |
| | |
| Dated: April 29, 2022 | |
| 1012367 / 51050 | |