IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KANEKA CORPORATION,
A Japanese Corporation,

               Plaintiff,

    v.

DESIGNS FOR HEALTH, INC.,
A Delaware Corporation and AMERICAN
RIVER NUTRITION LLC, A Delaware
Limited Liability Company,

           Defendants.

DEMAND FOR JURY TRIAL

C.A. No. 21-209-RGA

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on May 19, 2022, a copy of Plaintiff Kaneka

Corporation's Supplemental Requests for Production to Defendants Designs For Health, Inc. and

American River Nutrition LLC and this Notice of Service were served on the following counsel

of record via email.

David Ellis Moore
Bindu Ann George Palapura
Brandon Ryan Harper
Colin E. Emrich
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

1

Kevin M. Bell
Richard J. Oparil
Scott A.M. Chambers, Ph.D.
Caroline C. Maxwell
Matthew D. Zapadka
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Avenue NW, Suite 1000
Washington, DC 20006

Erin N. Winn
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363

Date: May 19, 2022

BAYARD, P.A.

CARTER LEDYARD & MILBURN LLP

*/s/ Ronald P. Golden III*

Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, DE 19801
Phone: (302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Plaintiff Kaneka Corporation*

Keith D. Nowak
Gerald W. Griffin
Theodore Y. McDonough
Two Wall Street
New York, New York 10005
(212) 732-3200
nowak@clm.com
griffin@clm.com
mcdonough@clm.com

2