IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KANEKA CORPORATION,<br><br>A Japanese Corporation.<br><br>Plaintiff,<br><br>v.<br><br>DESIGNS FOR HEALTH, INC., A Delaware Corporation, and AMERICAN RIVER NUTRITION LLC, A Delaware Corporation.<br><br>Defendants. | C.A. No. 21-00209-RGA<br><br>**PUBLIC REDACTED VERSION - FILED 2/10/23** |

DECLARATION OF RONALD MARTIN
IN SUPPORT OF PLAINTIFF'S OPPOSITION
<u>TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>

11149302.6

I, Ronald M. Martin, declare as follows:

1. I have personal knowledge of the facts stated herein, and if called upon to do so, I can truthfully and completely testify regarding this Declaration.

2. I am the Senior Business Director of Kaneka Nutrients, a division of Kaneka North America LLC ("KNA").

3. Kaneka Americas Holdings, Inc. is the sole member of KNA. Kaneka Americas Holdings is wholly owned by the Plaintiff, Kaneka Corporation ("Kaneka").

4. In my role as Senior Business Director I am responsible for the profits and loss of Kaneka Nutrients. Prior to being promoted to Senior Business Director in March, 2022, I was the Senior Director of Marketing for Kaneka Nutrients. Prior to that appointment, from 2017 to 2020, I was the Director of Marketing for Kaneka Nutrients.

5. Kaneka Nutrients manufactures and sells to customers reduced coenzyme Q10 ("CoQ10").

6. Kaneka Americas Holdings and its subsidiaries report their financial results on a consolidated basis. Profits from Kaneka Nutrients' sales of reduced CoQ10 ultimately are transferred to Kaneka by way of a yearly dividend paid to Kaneka by Kaneka Americas Holdings. The amount of the yearly dividend paid to Kaneka by Kaneka Americas Holdings is a result of the collective profits realized by Kaneka Americas Holdings and its subsidiaries.[1]

7. In practice, each year all of Kaneka Nutrient's net income is consolidated to Kaneka Americas Holdings' net income, and fifty percent of Kaneka Americas Holdings' net income is

---

[1] Kaneka Americas Holdings subsidiaries include, in addition to KNA, Kaneka Medical America LLC Kaneka Aerospace LLC, Anaspec Inc., Cemedine North America LLC, and Eurogentec North America Inc. *See* https://www.kaneka.co.jp/en/corporate/network/usa/

11149302.6

paid to Kaneka as a dividend.

8. Additionally, Kaneka's revenues expenses, profits, assets and liabilities are determined by consolidating the financials of KNA into Kaneka Americas, which in turn are consolidated with Kaneka's other worldwide subsidiaries to determine Kaneka's financial results.

9. Because any decline in Kaneka Nutrient's profits directly affects the amount of the yearly dividend paid to Kaneka, a decline in Kaneka Nutrient's profit caused by Defendants' alleged infringement of the Kaneka's U.S. Patents Nos. 7,145,044 and 7,829,080 directly reduces the amount of the dividend paid by Kaneka Americas Holdings to Kaneka.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 30, 2023

Ronald M. Martin