IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KANEKA CORPORATION, | § § § |
| *Plaintiff*, | § § |
| v. | § § Civil Action No. 21-209-WCB |
| DESIGNS FOR HEALTH, INC., and AMERICAN RIVER NUTRITION LLC, | § § § § |
| *Defendants*. | § § § |

## REVISED SCHEDULING ORDER

The court adopts the following revised scheduling order.

- Deadline for parties to supplement and/or respond to written discovery: April 16, 2025

- Close of Fact Discovery, including Fact Depositions: May 2, 2025

- Plaintiff's Supplemental Motion for Preliminary Injunction: May 9, 2025

- Opening Expert Reports: May 16, 2025

- Responsive Expert Reports: May 30, 2025

- Defendants' Response to the Motion for Preliminary Injunction: May 30, 2025

- Close of Expert Discovery: June 13, 2025

- Plaintiff's Reply to the Motion for Preliminary Injunction: June 13, 2025

- Trial on damages for the previously adjudicated products and on liability and damages for the reformulated products, including the plaintiff's motion for a preliminary injunction: the week of July 21, 2025

IT IS SO ORDERED.

SIGNED this 10th day of April, 2025.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE