# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KANEKA CORPORATION, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) C.A. No. 21-209-WCB |
| v. | ) |
| | ) |
| DESIGNS FOR HEALTH, INC., and | ) |
| AMERICAN RIVER NUTRITION LLC, | ) |
| | ) |
| Defendants/Counterclaim Plaintiffs. | ) |

## MOTION AND ORDER REGARDING
## PERSONAL ELECTRONIC DEVICES AND TRIAL EQUIPMENT

Defendants Designs for Health, Inc. and American River Nutrition LLC (the "Defendants") move that attorneys, support staff (including outside vendors), clients, and witnesses involved in trial be permitted to keep in their possession in court their electronic devices, including but not limited to phones, tablets, laptop computers, and charging devices, as well as all necessary trial equipment (including monitors, projectors, screens, projector tables, HDMI cords, power cords, technology tables, table skirts, USB drives, external hard drives, audio system, overhead projector, printer, and calculators), during the July 18, 2025 courtroom setup and the trial set to begin on July 21, 2025. Defendants' list of such attorneys, support staff, clients, and witnesses involved in trial is attached hereto as Attachment A. As such, Defendants respectfully request that the Court permit the individuals noted in Attachment A to keep in their possession in court their electronic devices, including but not limited to phones, tablets, laptop computers, and charging devices, as well as all necessary trial equipment (including monitors, projectors, screens, projector tables, HDMI cords, power cords, technology tables, table skirts, USB drives, external hard drives, audio system, overhead projector, printer, and calculators), during the July 18, 2025 courtroom setup and the trial set to begin on July 21, 2025.

|  |  |
|---|---|
| | Respectfully Submitted, |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By: */s/ David E. Moore* |
| Paul J. Molino | David E. Moore (#3983) |
| Eric R. Hunt | Bindu A. Palapura (#5370) |
| Katie Boda | Hercules Plaza, 6th Floor |
| Claude J. Vandevender | 1313 N. Market Street |
| Ty W. Callahan | Wilmington, DE 19801 |
| RAKOCZY MOLINO MAZZOCHI SIWIK LLP | Tel: (302) 984-6000 |
| 6 West Hubbard Street | dmoore@potteranderson.com |
| Suite 500 | bpalapura@potteranderson.com |
| Chicago, IL 60654 | |
| Tel: (312) 527-2157 | *Attorneys for Defendants Designs for Health, Inc. and American River Nutrition LLC* |

Dated: July 15, 2025
12358704 / 21084.00001

    IT IS SO ORDERED, this 15th day of July, 2025.

_____
The Honorable William C. Bryson