**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KANEKA CORPORATION, | ) |
|     Plaintiff/Counterclaim Defendant, | ) ) ) |
|     v. | ) C.A. No. 21-209-WCB ) ) |
| DESIGNS FOR HEALTH, INC., and AMERICAN RIVER NUTRITION LLC, | ) ) ) |
|     Defendants/Counterclaim Plaintiffs. | ) ) |

**REVISED MOTION AND PROPOSED ORDER REGARDING
PERSONAL ELECTRONIC DEVICES AND TRIAL EQUIPMENT**

Defendants Designs for Health, Inc. and American River Nutrition LLC (the "Defendants") move that attorneys, support staff (including outside vendors), clients, and witnesses involved in trial be permitted to keep in their possession in court their electronic devices, including but not limited to phones, tablets, laptop computers, and charging devices, as well as all necessary trial equipment (including monitors, projectors, screens, projector tables, HDMI cords, power cords, technology tables, table skirts, USB drives, external hard drives, audio system, overhead projector, printer, and calculators), during the trial set to begin on July 21, 2025. Defendants' list of such attorneys, support staff, clients, and witnesses involved in trial is attached hereto as Attachment A. As such, Defendants respectfully request that the Court permit the individuals noted in Attachment A to keep in their possession in court their electronic devices, including but not limited to phones, tablets, laptop computers, and charging devices, as well as all necessary trial equipment (including monitors, projectors, screens, projector tables, HDMI cords, power cords, technology tables, table skirts, USB drives, external hard drives, audio system, overhead projector, printer, and calculators), during the trial set to begin on July 21, 2025.

This motion is identical to the previously submitted motion except that (a) Attachment A was revised to include additional personnel (an interpreter; and the court reporter) that will be present during trial; and (b) Defendants removed reference to the July 18, 2025 courtroom setup.

|  |  |
|---|---|
| | Respectfully Submitted, |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ David E. Moore* |
| | David E. Moore (#3983) |
| Paul J. Molino | Bindu A. Palapura (#5370) |
| Eric R. Hunt | Hercules Plaza, 6th Floor |
| Katie Boda | 1313 N. Market Street |
| Claude J. Vandevender | Wilmington, DE 19801 |
| Ty W. Callahan | Tel: (302) 984-6000 |
| RAKOCZY MOLINO MAZZOCHI SIWIK LLP | dmoore@potteranderson.com |
| 6 West Hubbard Street | bpalapura@potteranderson.com |
| Suite 500 | |
| Chicago, IL 60654 | |
| Tel: (312) 527-2157 | *Attorneys for Defendants Designs for Health, Inc. and American River Nutrition LLC* |
| Dated: July 18, 2025 | |
| 12366251 / 21084.00001 | |

SO ORDERED, this 18th day of July, 2025:

*/s/ William C. Bryson*

The Honorable William C. Bryson